IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KEYNER A. ANGEL MONTERO,<br><br>　　　　　　Defendant. | Case No.: 8:25CB8<br><br>**ORDER TO APPEAR** |

　　You are ordered to appear for your next court hearing on Tuesday, September 30, 2025 at 9:00 a.m. in Courtroom No. 6 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

　　Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

　　Dated: August 26, 2025

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

August 26, 2025
Date

　　　　　　　　　　　　　　　　　　　_/s/ Keyner A. Angel M_
　　　　　　　　　　　　　　　　　　　Defendant